# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

JOANN BRICE, et al.,                )
                                    )
        Plaintiffs,                 )
                                    )
v.                                  )        Case No. CIV-25-1208-SLP
                                    )
COMMUNITY STRATEGIES, INC.,         )
d/b/a EPIC CHARTER SCHOOLS,         )
                                    )
        Defendant.                  )

## **O R D E R**

Before the Court is Defendant Community Strategies, Inc. d/b/a Epic Charter Schools' Motion to Withdraw its Motion to Dismiss. [Doc. No. 23]. Defendant requests to withdraw its Motion to Dismiss [Doc. No. 14] which argued for entitlement to Eleventh Amendment immunity, in light of a recent opinion from the United States Supreme Court. *See* Mot. [Doc. No. 23] at 1 (citing *Galette v. New Jersey Transit Corporation*, Nos. 24-1021 and 24-1113, 607 U.S. ----, --- S. Ct. ---, 2026 WL 598450 (2026)). Defendant's Motion is GRANTED.

IT IS THEREFORE ORDERED that Defendant's Motion to Withdraw [Doc. No. 23] is GRANTED and the Motion to Dismiss [Doc. No. 14] is WITHDRAWN.

IT IS FURTHER ORDERED that this matter is set for a Status/Scheduling Conference on **April 3, 2026 at 11:00 A.M.** in Courtroom 304. The parties are required to file the **Joint Status Report and Discovery Plan** no later than **March 30, 2026**. *See* LCvR 16.1(a)(1) and *Appendix II.* The conference shall be attended by counsel with authority to make appropriate decisions. *See* LCvR 16.1(b)(4). In addition to the matters

addressed in the Joint Status Report and Discovery Plan, the parties shall also confer in good faith prior to the conference regarding whether any or all of the three related cases[1] before the Court should be consolidated, either in their entirety or for limited purposes (such as discovery). During these discussions, the parties should keep in mind principles of judicial economy and efficiency.

IT IS SO ORDERED this 16th day of March, 2026.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE

---

[1] *Freeman v. Community Strategies, Inc. d/b/a Epic Charter Schools*, Case No. 5:25-CV-00170-SLP; *Brice, et al. v. Community Strategies, Inc. d/b/a Epic Charter Schools*, Case No. 5:25-CV-01208-SLP; *Brooks, et al. v. Community Strategies, Inc. d/b/a Epic Charter Schools*, Case No. 5:25-CV-01209-SLP.